**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Connecticut**   District of _____

Case number (If known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

FILED
2018 JUN 13 P 12: 54
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Walter**<br>First name<br><br>_____<br>Middle name<br><br>**Kostrzewski**<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **5 5 5 1**<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Copyright © 2013-2017 by PardonMyDebt.com [800-231-2830] - Forms Software Only

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 1    Page 1

Debtor 1  **Walter** _____ **Kostrzewski**    Case number (if known) _____
First Name    Middle Name    Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and *doing business as* names | ☐ I have not used any business names or EINs. **Comfortable Care Dentistry** Business name _____ Business name 0 6 - 1 4 5 9 3 9 4 EIN ___ - ___ ___ ___ ___ ___ ___ ___ EIN | ☐ I have not used any business names or EINs. _____ Business name _____ Business name ___ - ___ ___ ___ ___ ___ ___ ___ EIN ___ - ___ ___ ___ ___ ___ ___ ___ EIN |

| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
|---|---|---|
|  | **55 Silver Hill Road** Number    Street **Ridgefield**    **CT**    **06877** City    State    ZIP Code **Fairfield** County If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. Number    Street P.O. Box City    State    ZIP Code | Number    Street City    State    ZIP Code County If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address. Number    Street P.O. Box City    State    ZIP Code |

| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Walter** _____ **Kostrzewski** _____   Case number (if known) _____
         First Name    Middle Name    Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes. District **Connecticut**    When **01/02/2016**    Case number **16-50001**
                                        MM / DD / YYYY

     District _____ When _____ Case number _____
                            MM / DD / YYYY

     District _____ When _____ Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor _____ Relationship to you _____
       District _____ When _____ Case number, if known _____
                              MM / DD / YYYY

       Debtor _____ Relationship to you _____
       District _____ When _____ Case number, if known _____
                              MM / DD / YYYY

**11. Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

       ☑ No. Go to line 12.

       ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Walter** **Kostrzewski**
First Name    Middle Name    Last Name

Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number    Street

_____

_____
City                State    ZIP Code

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    Page 4

Debtor 1  **Walter** _____ **Kostrzewski** _____   Case number (if known) _____
    First Name   Middle Name   Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

 ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

 ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Copyright © 2013-2017 by PardonMyDebt.com [800-231-2830] - Forms Software Only

Debtor 1 __Walter_____Kostrzewski_____   Case number *(if known)*_____
         First Name    Middle Name             Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49 (struck through)
☑ 50-99  WK
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ Walter Kostrzewski_____    X _____
Signature of Debtor 1                          Signature of Debtor 2

Executed on __6/13/2018__                     Executed on _____
            MM / DD / YYYY                                  MM / DD / YYYY

# UNITED STATES BANKRUPTCY COURT

District of Connecticut

IN RE Walter Kostrzewski                    CASE NO._____

                         DEBTOR(S)           CHAPTER 7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached matrix list of creditors is true and correct to the best of our knowledge.

Date: 6/13/2018

_____
Debtor

_____
Joint Debtor

Copyright © 2013-2017 by PardonMyDebt.com [800-231-2830] - Forms Software Only

Aero All Gas
3150 Main Street
Hartford, CT 6120


Aetna
PO Box 44129
Jacksonville, FL 32231


AlliedCommunications, LLC
88 Farwell Street
West Haven, CT 6516


American Financail Services, Inc.
442 SW Umatilla Ave, Ste 200
Redmond, OR 97756


American Medical Response
58 Middletown Ave
New Haven, CT 6513


Anthem Blue Cross
PO Box 73651
Clevland, OH 44193-1177


Anthem Blue Cross Blue Shield
PO Box 1168
Newark, NJ 07101-1168


Anthony N. Benedosso, ESQ
51 Cherry Street
Milford, CT 6460

Aquarion Water Company Of CT
PO Box 10010
Lewiston, ME 04243-9427


Art Mill Dental Lab
478 SW 12Th Ave
Deerfield Beach, FL 33442


Bank Of America
PO Box 982235
El Paso, TX 79998-2235


Bank Of America UPromise Card
PO Box 15019
Wilmington , DE 19886-5019


Bank Of America UPromise Card
PO Box15019
Wilmington, DE 19886-5019


Bankof America Upromise Card
PO Box 15019
Wilmington, DE 19886-5019


Bridgeport Anesthesia
PO Box454
Brattleboro, VT 5302


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Carestream Dental LLC
1765 The Exchange
Atlanta, GA 30339


Charmoy And Charmoy
1700 Post Road, Suite C-9
Fairfield, CT 6824


Charmoy And Charmoy
1700 Post Road, Suite C-9
Fairfield, CT 6824


Charmoy Andd Charmoy
1700 Post Road, Suite C-9
Fairfield, CT 6824


Chase Visa
PO Box 15298
Wilmington, DE 15298


City Carting & Recycling
PO Box 17250
Stamford, CT 6907


City Of Milford
Tax Collector 70 West River Street
Milford, CT 6460


CNA Deductible Recovery Group
PO Box 6065-02
Hermitage, PA 16148-1065

ConnectiCare
PO Box 546
Farmington, CT 06034-0546


Cox Radio
3127 Whitney Ave
Hamden, CT 6518


Crown Linen
1485 Palisado Avenue
Windsor, CT 6095


CSC Leasing Company
6806 Paragon Pl
Richmond, VA 23230


Darien Police Department
25 Hecker Ave
Darien, CT 6820


Dart Dental Supply
105 Leeder Hill Drive
Hamden, CT 6517


Denmat Holdings, Inc
190 Sylvan Ave
Englewood Cliffs, NJ 7632


Dental Works LLC
2317 Sials Deane Highway
Rocky Hill, CT 6067

Department Of Revenue Services
C & E Division 25 Sigourney Street
Hartford, CT 6106


DOCS Education
106 Lenora Street
Seattle, WA 98121


Dr Alan Rissolo
10 Mott Ave
Norwalk, CT 6850


East River Medical Anesthesiology
PO Box 27474
10087, NY 10087-7578


Edwin P. Su, MD
535 East 70th Street
New York, NY 10021


Fox Pest Services
55 Old State Road
Oxford, CT 6478


Greenwich Water Club
49 River Road
Cos Cob, CT 6807


Hayes Handpiece Of Connecticut
37 Sycamore Drive
Shelton, CT 6484

Healthstar Dental Manufacturing
9 Sun Valley Court
Northport, NY 11768


HSS Cardiology Group
PO Box 29238
New York, NY 10087-9238


HSS Radiology
GPOBox5058
New York, NY 10087-5058


Internal Revenue Service
PO Box 21126
Philadelphia, CT 19114


Jeff Slavett, Citrin Cooperman
529 Fifth Avenue
New York, NY 10017


Jennifer L. Makadok
999 Summer Street
Stamford, CT 06905


Keller Laboratories Inc. C/o Ignal Napolitano & Shapiro
PO Box 9177
Bridgeport, CT 6601


Martin Nydick, MD
535 East 70th Street
New York, NY 10021

Maverick Dental Laboratories, LLC
4200 Traingle Lane
Export, PA 15632


Michael C. Allen & Co., CPA PLLC
1983 Marcus Avenue
Lake Success, NY 11042


Michael Henry MD
30 Montgomery Street
Jersey City, NY 07302-3841


Mr Handymany Of Upper Farifield County
2480 Black Rock Turnpike
Fairfield, CT 6825


National Target Mailing, LLC
1507 Capital Ave#103
Plano, TX 75074


Nixon Uniform Service & Medical Wear
500 Centerpoint Blvd
New Castle, DE 19720


Northfield Fuel
PO Box 2030
Westport, CT 6880


Norwalk Hospital
24 Stevens Street
Norwalk, CDT 6856

Norwalk Hospital
34 Maple Street
Norwalk, CT 06856


OraPharma, Inc.
PO Box 11407
Birmingham, AL 35246--0908


Patterson Dental
1031 Mendota Heights Road
Mendota Heights, MN  55120


Peter Pali Masonry Landscapes
1074 Hope Street
Stamford, CT 6902


Petro Oil
PO Box 28335
Newark, NJ 7101


Precission Dental Lab
13925 S. Mapel  Hollow Circtle
Draper, UT 84020


R. Carl Mueller
999 Summer Street
Stamford, CT 6905


Radio 104
PO Box 755
Glastonbury, CT 6033

Silvermine Club Leasing Corp
95 North Seir Hill Road
Norwalk, CT 6850


Silvermine Golf Club
95 N Seir Hill Road
Norwalk, CT06850


SMB Networks LLC
451 State Street
North Haven , CT 6473


Southern Connecticut Gas
PO Box 9112
Chelsea, MA 02150-9112


Stamford Health Integrated Practices
POl Box 120004
Stamford, CT 6912


Stamford Hospital
30 Shelburne Road
Stamford, CT 6904


Star2Star Communications
Dept  CH 16873
Palatine, IL 60055-6873


Stoneham Properites
32 Union Square East, STE 100
New York, NY 10003

SurfCT.Com Inc.
PO Box 1790
Naugatuck, CT 6770

The Center For Advanced Pediatrics
40 Cross Street
Norwalk, CT 06851-4615

The Hartford Financial Services Group IN
PO Box 59838
Schaumburg, IL 60159-0838

The Stamford Health Systems
PO Box 120048
Stamford, CT 06912-0048

The United Illuminating Company
PO Box9230
Chelsea, MA 02150-9230

Tri City Heating And Cooling
20 Furniture Row
Milford , CT 6460

Trident Dental Laboratories
1200 Aviation BLVD
Haawthorne, CA 90250

USA Hauling & Recycling
PO Box 808
East Windsor, CT 6088

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288


Utah Valley Dental Lab
36 South 300 East
Provo, UT 84606


Witon Surgery Center
195 Danbury Road, B100
Wilton, CT 6897


Wofsey, Rosen Kwesking& Kuriansky, LLP
Mark Henderson 600 Summer Street
Stamford, CT 06901-1490


Yellowbook Inc
2201Renaissance Blvd
King Of Prussia, PA 19406-2673