# ANTHONY S. NOVAK, ESQ.
**CHAPTER 7 BANKRUPTCY TRUSTEE**
280 Adams Street
Manchester, CT 06042-1975
(860) 432-7710
Telecopier (860) 432-7724

October 11, 2018

Clerk's Office
U.S. Bankruptcy Court
Bridgeport, CT

    **Re:**    **WALTER KOSTRZEWSKI**
           **Chapter 7 Bankruptcy Case No. 18-50754**

Dear Case Administrator:

    In regard to the above-captioned Estate, it appears that there may be funds available for creditors. Therefore, I would appreciate it if you could check your records and if no bar date has been set, please set a bar date for filing claims and notice same.

    Thank you.

                                    Very truly yours,

                                ***/s/ Anthony S. Novak***
                                Anthony S. Novak
                                Chapter 7 Trustee
                                Email: anthonysnovak@aol.com