**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE | : |
| | :    **CHAPTER 7** |
| WALTER KOSTRZEWSKI | :    **CASE NO. 18-50754 -JAM** |
| | :    **RE: DOC ID #16** |
| DEBTOR | : |

**ORDER DISALLOWING DEBTOR'S AMENDED EXEMPTION**

Upon the Chapter 7 Trustee's Objection to Debtor's Claim of Exemptions, ECF No. 16, as set forth in the Debtor's amended schedules, having been heard by the Court on December 18, 2018 after notice, it is hereby

ORDERED that the Trustee's Objections to Debtor's Amended Claim of Exemptions in two Penn Mutual Universal life insurance policies pursuant to 11 USC §522(d)(7) and 11 USC §522 (d)(8) in the aggregate amount of $41,987.53 as set forth in the Trustee's Motion is sustained, but that the Debtor is hereby allowed an exemption of $12,625.00 in the cash surrender value in said policies pursuant to 11 USC §522(d)(8).

Dated at Bridgeport, Connecticut this 21st day of December, 2018.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut
